

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN THE MATTER OF:

Inspection of the construction
work site located at

Case No. 8:15 MJ 5

807 State Street
Creighton, NE  68729-2904

under the control or custody of

LARGEN MANUFACTURING COMPANY

## ADMINISTRATIVE SEARCH WARRANT

TO:  Bonita Winingham
     Area Director
     Occupational Safety and Health
       Administration
     Omaha Area Office

Application having been made, which establishes that the requested inspection is reasonable, based on a showing that an operation with the potential to expose employees to primary metals hazards located at 807 State Street, Creighton, NE  68729-2904, under the control or custody of Largen Manufacturing Company, was chosen for inspection on the basis of a general administrative plan, derived from neutral sources, for the enforcement of the Occupational Safety and Health Act of 1970, 29 U.S.C. §§ 651-658, hereinafter referred to as the Act

IT IS HEREBY ORDERED that, pursuant to section 8(a) of the Act, YOU OR YOUR DULY DESIGNATED REPRESENTATIVES ARE AUTHORIZED to enter the above-described workplace during regular working hours or at other reasonable times, and to make an inspection of the die-casting and foundry operations performed at the above located work site, in order to determine compliance with the Act, and the rules and regulations promulgated pursuant thereto.

Said inspection to include all relevant workplaces or environments where work potentially exposes employees to the harmful chemical and physical health hazards present in this facility in the Primary Metal Industries, and all pertinent conditions, structures, machines, apparatus, devices, equipment, materials, processes, controls, and facilities and all other things therein including videotaping, the taking of photographs, environmental samples including the use of personal sampling equipment, and measurements, and the examination and copying of all relevant records, files, and papers and other documents and to question privately any employee or agent, bearing on whether employees are being furnished employment and place of employment which are free from recognized hazards that are causing or are likely to cause death or serious physical harm to employees, and whether there is compliance with the occupational safety and health standards promulgated under the Act.

You are hereby directed not to disclose any information obtained during the inspection which is designated to be a trade secret as defined by 18 U.S.C. § 1905, except that such information may be disclosed to other officers or employees concerned with carrying out the Act or when relevant in any proceeding under the Act.

A return shall be made to this Court showing that the inspection has been completed. The inspection authorized herein shall be initiated within __10__ days, and a return shall be made to the Court within fourteen days following completion of the inspection.

DATED: __1/22/15__

F. A. Gossett III
United States Magistrate Judge

RETURN OF SERVICE

I hereby certify that a copy of the within warrant was duly served on January 27th, 2015, to the company named herein:

Largen Manufacturing Company
807 State Street
Creighton, NE 68729

RETURN

I declare under penalty of perjury that the inspection of the workplace described in this warrant was made on January 27th-28th, 2015.

Date: January 30th, 2015   By: _____ (Alberto I. Alvarez)
Compliance Officer, Occupational
Safety and Health Administration
United States Department of Labor

4